**FILED**

MAY 2 ² 2002

CLERK, U.S. DISTRICT COURT
'.STERN DISTRICT OF CALIFORNI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TALITHA FALKENBURG, et al.,

      Plaintiffs,               No. CIV S-01-1478 DFL GGH

    vs.

COUNTY OF YOLO, et al.,

      Defendants.          <u>MEMORANDUM ORDER</u>

_____/

      Plaintiff's motion to compel discovery and for sanctions was heard on May 16, 2002. Douglas L. Johnson appeared telephonically for plaintiffs. Bruce A. Kilday appeared for defendants. At hearing, for the reasons stated on the record, plaintiff's motion was granted in part and denied in part. Accordingly, IT WAS ORDERED that:

      1. On or before May 23, defendants shall fully respond to plaintiffs' discovery, and shall have delivered copies of all reasonably responsive documents to the office of plaintiff's counsel. Plaintiffs may reschedule presently scheduled depositions, if desired; and

\\\\\
\\\\\
\\\\\
\\\\\

1

40

1   2.  Plaintiffs' motion for sanctions was denied without prejudice to renewal if

2 further motions are required following review of defendants' responses.

3 DATED:  May 20, 2002.

4

5

GREGORY G. HOLLOWS

6 GGH/055:falkenburg.wpd     U. S. MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

United States District Court
for the
Eastern District of California
May 22, 2002

\* \* CERTIFICATE OF SERVICE \* \*

2:01-cv-01478

Falkenburg

   v.

County of Yolo

---

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  May 22, 2002, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.

      Justin Matthew Gingery           VC/GGH
      4811 Chippendale Drive
      Suite 503
      Sacramento, CA  95841

      Douglas L Johnson
      Johnson and Rishwain LLP
      12121 Wilshire Boulevard
      Suite 1201
      Los Angeles, CA  90025

      Bruce Alan Kilday
      Angelo Kilday and Kilduff
      601 University Avenue
      Suite 150
      Sacramento, CA  95825

      Jerome M Varanini
      Trimble Sherinian and Varanini
      PO Box 590
      1000 G Street
      Suite 125
      Sacramento, CA  95812-0590

      Peter George Bertling
      Bertling and Clausen

Jack L. Wagner, Clerk

BY: _____
         Deputy Clerk