**FILED**

DEC 23 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TALITHA FALKENBURG, et al.,

    Plaintiffs,                 No. CIV S-01-1478 DFL GGH

    vs.

COUNTY OF YOLO, et al.,

    Defendants.               ORDER
_____/

    Plaintiffs' application to shorten time to hear their motion to take more than ten depositions is granted. The motion shall be heard on January 9, 2003, at 10:00 a.m. This motion is consolidated with that of defendant Hambly in that both involve the number of depositions to be taken in this case. All parties concerned shall file one joint statement no later than January 3, 2003.

    The joint statement shall contain a list of depositions taken thus far as well as all those proposed to be taken and why the deposition needs (or does not need) to be taken. Expert depositions are to be included.

DATED: December 23, 2002.

                                                             GREGORY G. HOLLOWS
                                                             UNITED STATES MAGISTRATE JUDGE

falkenburg.eot

```
                    United States District Court
                              for the
                    Eastern District of California
                         December 23, 2002


                   * * CERTIFICATE OF SERVICE * *

                                         2:01-cv-01478


    Falkenburg

         v.

    County of Yolo

    _____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  December 23, 2002, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


         Justin Matthew Gingery                 VC/GGH
         Gingery Thompson and Derdowski
         4811 Chippendale Drive
         Suite 503
         Sacramento, CA  95841

         Douglas L Johnson
         Johnson and Rishwain LLP
         12121 Wilshire Boulevard
         Suite 1201
         Los Angeles, CA  90025

         Bruce Alan Kilday
         Angelo Kilday and Kilduff
         601 University Avenue
         Suite 150
         Sacramento, CA  95825

         Jerome M Varanini
         Trimble Sherinian and Varanini
         2500 Venture Oaks Way
         Suite 350
         Sacramento, CA  95833-0590

         Peter George Bertling
         Bertling and Clausen
```

15 West Carrillo Street
Suite 100
Santa Barbara, CA 93101

 

Jack L. Wagner, Clerk

BY: _____
     Deputy Clerk